UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Panarese and<br>Cheryl Thurston,<br><br>               Plaintiffs<br><br>         — against —<br><br>Sell It Social, LLC,<br><br>               Defendant. | **19-cv-3211 (ARR) (RML)**<br><br>**Opinion & Order**<br><br>**Not for electronic or print publication** |

ROSS, United States District Judge:

      This Court has received the Report and Recommendation on the instant case dated July 2, 2020, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

      Accordingly, plaintiffs' motion for default judgment is granted. Plaintiff Panarese is to be awarded $1,000 in compensatory damages under the NYSHRL and plaintiff Thurston is to be awarded $4,000 in statutory damages under the UCRA. An injunction is issued, pursuant to the

ADA, ordering defendant to provide access to the Website in compliance with the Americans with Disabilities Act and the Web Content Accessibility Guidelines 2.0 Level AA. Plaintiffs' request for attorney's fees and costs is denied.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:   August 5, 2020
         Brooklyn, New York